## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 13 |
| KEITH DALE HANDLEY, ) | |
| ) | |
| ) | Case No. 13-40654 |
| Debtor. ) | |
| ) | |
| ) | Honorable Judge Jacqueline P. Cox |

### NOTICE OF MOTION

TO:   Tom Vaughn, Chapter 13 Trustee (via ECF)
      JP Morgan Chase Bank, NA, c/o Sara Youn Choh, Burke, Warren, MacKay & Serritella, P.C. (via ECF)

PLEASE TAKE NOTICE that on July 6, 2015 at 9:00 AM, the undersigned will appear before the Honorable Jacqueline P. Cox at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Room 680, Chicago, Illinois and will then and there present the attached **Joint Motion to Strike Hearing,** at which time you may appear if you so choose.

### Certificate of Service

I, Nathan C. Volheim, hereby certify that I caused a copy of this notice to be served electronically through ECF to Tom Vaughn, Chapter 13 Trustee and JP Morgan Chase Bank, c/o Sara Youn Choh of Burke, Warren, MacKay & Serritella, P.C. attached the above-referenced motion upon the above parties on June 26, 2015 before the hour of 5:00 p.m. from the office located at 900 Jorie Blvd., Ste 150, Oak Brook, IL 60523.

**By: /S/ Nathan C. Volheim**
**Sulaiman Law Group, Ltd.**
Counsel for Debtor
900 Jorie Blvd., Suite 150
Oak Brook, Illinois 60523
Phone: (630) 575-8181
Fax: (630) 575-8188
Attorney Number 6302103

19964010.1

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 13 |
| KEITH DALE HANDLEY, ) | |
| ) | |
| ) | Case No. 13-40654 |
| Debtor. ) | |
| ) | |
| ) | Honorable Judge Jacqueline P. Cox |
| ) | |

## JOINT MOTION TO STRIKE HEARING

NOW COMES, KEITH DALE HANDLEY ("Debtor"), by and through his attorneys, SULAIMAN LAW GROUP, LTD. and JPMORGAN CHASE BANK, NA ("Chase"), by and through its attorney, BURKE, WARREN, MACKAY & SERRITELLA, P.C., bringing this Joint Motion to Strike Hearing and in support thereof, states:

1. On October 16, 2013, the Debtor filed a Chapter 13 petition in the United States Bankruptcy Court, Northern District of Illinois, Case Number 13-40654, invoking the protection of the automatic stay pursuant to 11 U.S.C. § 362(a).

2. On February 20, 2015, Debtor caused to be filed a Motion for Civil Contempt against Chase.

3. After both sides fully briefed the Motion for Civil Contempt, this Honorable Court set a hearing date on the Debtor's Motion for July 6, 2015 at 1:30 pm.

4. The parties have been able to reach a settlement in principal on the Debtor's Motion and are in the process of drafting and executing a settlement agreement and release. However,

2

because of the upcoming holiday, the agreement may not be finalized in time for the Debtor's Motion to be withdrawn.

5. In order to save time and expense for all parties, both sides agreed to seek a continuance of the hearing currently set as it likely will not be needed by virtue of the settlement in principal.

6. As a courtesy, counsel for Chase called the Courtroom Deputy of this Honorable Court to seek further guidance. Counsel was advised to file a motion seeking a continuance of the July 6 hearing.

7. The parties firmly believe that a settlement will be effectuate and finalized within the next 30 days. Once fully executed, Counsel for Debtor intends to file a notice of withdrawal for the Debtor's Motion for Sanctions.

8. Striking the July 6 hearing will allow the case to settle without either side incurring further fees and court appearances.

9. Striking the July 6 hearing provides for judicial economy.

**WHEREFORE,** both parties respectfully prays that this Honorable Court enter an order striking the July 6, 2015 hearing date and setting a general status date for August 3, 2015.

Dated: June 26, 2015                              Respectfully Submitted,

/s/ Sara Youn Choh                                /s/ Nathan C. Volheim
Sara Youn Choh, Esq. #6298797                     Nathan C. Volheim, Esq. #6302103
Attorney for JPMorgan Chase Bank, N.A.            Attorney for Debtor
Burke, Warren, MacKay & Serritella, P.C.          Sulaiman Law Group, Ltd.
330 N. Wabash Ave., Suite 2100                    900 Jorie Blvd, Ste 150
Chicago, IL 60611                                 Oak Brook, IL 60523
Phone: (312) 840-7000                             Phone: (630) 575-8181
Fax: (312) 840-7900                               Fax: (630) 575-8188

19964010.1